UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GUSSIE BELLE TARRANT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:10-1205<br>Judge Haynes/Bryant |
| RICHARD J. BOUDREAU & ASSOCIATES LLC, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, March 14, 2011, at 10:15 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to March 14, 2011.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge