UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GUSSIE BELLE TARRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-1205 |
| ) | Judge Haynes/Bryant |
| RICHARD J. BOUDREAU & ASSOCIATES) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Counsel has advised the undersigned Magistrate Judge's office that this matter has been settled. The initial case management conference previously scheduled for Monday, March 14, 2011, at 10:00 a.m. is **CANCELED**. The parties shall file a stipulation and proposed order of dismissal no later than Tuesday, March 15, 2011.

There is nothing further to be done by the undersigned in this matter. The Clerk is directed to return the file to the District Judge for his consideration of the stipulation and proposed order of dismissal once it is filed.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge